**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ESTATE OF MARIA HIRNYK,    :   No. 91 WAL 2016
DECEASED    :
   :   Petition for Allowance of Appeal from
   :   the Order of the Superior Court
PETITION OF: MARJORIE WEIBLINGER    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2016, the Petition for Allowance of Appeal is

**DENIED**.